IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD G. STINSON, ) | No. C 06-3586 MMC (PR) |
| Plaintiff, ) | **ORDER DIRECTING PLAINTIFF TO COMPLY WITH COURT ORDER OR FACE DISMISSAL FOR FAILURE TO PROSECUTE** |
| v. ) | |
| BOARD OF PRISON TERMS, et al., ) | |
| Defendants. ) | |
| _____ ) | |

On June 5, 2006, plaintiff, a California prisoner then incarcerated at the California State Prison at Solano[1] and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983. On May 10, 2007, the Court ordered plaintiff's cognizable claim for denial of adequate medical care served on Oakland Police Officers Tisdel and Biletnikoff. The Court directed defendants, no later than ninety days from the date of the order, to file a motion for summary judgment or other dispositive motion with respect to plaintiff's claim.

To date, no dispositive motion has been filed, and it has come to the Court's attention that, due to a clerical error, defendants never were served with the Court's May 10, 2007 order. Thus, in order for this action to proceed, the Clerk must reissue summons and the Marshal must serve defendants.

Before the Court will order such service, however, plaintiff must inform the Court whether he intends to proceed with the prosecution of this action, in that approximately nineteen months have elapsed since plaintiff last communicated with the Court in February

---

[1] According to the most recent address listed on the docket, plaintiff no longer is incarcerated.

2007.  Accordingly, plaintiff is hereby ORDERED to file with the Court, within **twenty (20) days** of the date this order is filed, a statement of his continued intent to prosecute this action.  If plaintiff timely files such statement, the Court will order the Clerk to reissue summons and the Marshal to serve defendants.  Should plaintiff fail to comply with this order, the action will be dismissed without prejudice for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

IT IS SO ORDERED.

DATED: August 25, 2008

_____
MAXINE M. CHESNEY
United States District Judge

2