IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD G. STINSON, | ) | No. C 06-3586 MMC (PR) |
| Plaintiff, | ) | **ORDER OF DISMISSAL** |
| v. | ) | |
| BOARD OF PRISON TERMS, et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

    On June 5, 2006, plaintiff, a California prisoner then incarcerated at the California State Prison at Solano and proceeding pro se, filed the above-titled civil rights action under 42 U.S.C. § 1983.[1] On May 10, 2007, the Court ordered plaintiff's cognizable claim for denial of adequate medical care served on Oakland Police Officers Tisdel and Biletnikoff, and directed defendants to file, no later than ninety days from the date of the order, a motion for summary judgment or other dispositive motion with respect to plaintiff's claim.

    On August 25, 2008, the Court issued an order notifying plaintiff it had come to the Court's attention that, due to a clerical error, defendants never were served with the Court's May 10, 2007 order; the Court explained, however, that it would not direct the Clerk to reissue summons and the Marshal to serve defendants unless plaintiff informed the Court that he intends to proceed with the prosecution of this action, in that approximately nineteen months had elapsed since plaintiff last communicated with the Court in February 2007. Additionally, by such order, the Court ordered plaintiff to file, within twenty days of the date

---

[1] According to the most recent address listed on the docket, plaintiff no longer is incarcerated.

1  of the Court's order, a statement of his continued intent to prosecute this action.  Further,
2  plaintiff was expressly informed therein that if he failed to comply with the Court's order,
3  this action would be dismissed without prejudice for failure to prosecute, pursuant to Rule
4  41(b) of the Federal Rules of Civil Procedure.

5      More than twenty days have passed since the Court's order was filed and plaintiff has
6  failed to comply therewith.  Accordingly, the above-titled action is hereby DISMISSED
7  without prejudice for failure to prosecute.

8      The Clerk shall close the file.

9      IT IS SO ORDERED.

DATED: September 19, 2008

_____
MAXINE M. CHESNEY
United States District Judge